**IT IS ORDERED as set forth below:**



**Date: December 10, 2015**

_____
**Paul Baisier
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| In re: | | CASE NUMBER: |
|---|---|---|
| **BOBBIE BROWN,** | | **15-56331-PMB** |
| Debtor. | | CHAPTER 13 |

### ORDER ON THE CHAPTER 13 TRUSTEE'S MOTION
### FOR DIRECTION REGARDING DISPOSITION OF UNDISTRIBUTED FUNDS

This matter is before the Court on the "Motion for Direction Regarding Disposition of Undistributed Funds" (Doc. No. 27) (the "Motion"), filed by Adam Goodman, the Chapter 13 trustee in this matter (the "Trustee") on August, 26 2015. The Motion was scheduled for hearing before the Court on December 3, 2015 at 2:00 PM (the "Hearing"). Proper notice of the Motion and the Hearing appear to have been provided to all parties entitled to same.

The above-styled case was dismissed on August 14, 2015. In the Motion, the Trustee asserts that, pursuant to 11 U.S.C. § 1326(a)(2), upon dismissal of the case pre-confirmation, any

funds remaining in the possession of the Trustee re-vested in Debtor, and thus he proposes to distribute all remaining funds in his possession to the Debtor.

At the Hearing, the attorney for the Trustee appeared. No other creditor or party in interest appeared at the Hearing or filed any response or objection to the Motion. Therefore, considering matters of record, reviewing the Motion and the relevant sections of the Bankruptcy Code, and in the absence of any objection to the Motion or any suggestion that there exists in this case cause to do otherwise, it is hereby

**ORDERED** that the Motion is **GRANTED** and the Trustee is authorized to disburse the funds held by the Trustee as of the date of this Order to the Debtor.

The Clerk of Court shall serve a copy of this Order on the Debtor, the counsel for the Debtor, the Chapter 13 Trustee, and all creditors and interested parties.

**[END OF DOCUMENT]**


Presented by:

_____/s/_____
Jason L. Rogers,
Attorney for the Chapter 13 Trustee
GA Bar No. 142575
260 Peachtree Street, NW
Suite 200
Atlanta, GA  30303
(678) 510-1444